TURTLE BROOK RESTAURANT, INC. v. AETNA
CASUALTY & SURETY COMPANY.

June 16, 1982.

Petition for certification denied.

THE TOWN TOBACCONIST v. IRWIN I. KIMMELMAN.

June 16, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. BRUCE WAGONER.

June 16, 1982.

Petition for certification denied.

PENTHOUSE INTERNATIONAL LTD. v. EASTMAN
KODAK COMPANY.

June 16, 1982.

Petition for certification denied.   (See 184 *N.J.Super.* 130)